GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
ELIZABETH MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
ALEXANDER N. HARRIS, SBN 278482
aharris@gibsondunn.com
ERICA L. JANSSON, SBN 341138
ejansson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant DoorDash, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

MILES RICHARDSON, in his individual and representative capacities,

Plaintiff,

v.

DOORDASH, INC.,

Defendant.

CASE NO. 4:25-CV-10817-AMO

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS TO AUGUST 20, 2026 : ORDER**

[*Proposed*] *Order and Declaration of Elizabeth McCloskey filed concurrently herewith*

Honorable Araceli Martínez-Olguín

Pursuant to N.D. Cal. Civil L.R. 6-2, Plaintiff Miles Richardson and Defendant DoorDash, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 18, 2025, DoorDash removed this action to this Court;

WHEREAS, on December 23, 2025, the Court issued an order scheduling the Initial Case Management Conference for April 16, 2026, *see* Dkt. 14;

WHEREAS, on December 24, 2025, and pursuant to Local Rule 6-1, the parties stipulated to extend DoorDash's time to respond to Plaintiff's Second Amended Complaint, *see* Dkt. 15;

WHEREAS, on March 2, 2026, DoorDash filed a Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint and noticed it for hearing on June 11, 2026, *see* Dkt. 29;

WHEREAS, on April 3, 2026, the Court continued the Initial Case Management Conference to the same day as the hearing on DoorDash's Motion to Dismiss, *see* Dkt. 34;

WHEREAS, on May 12, 2026, the Court continued the Initial Case Management Conference and hearing on the Motion to Dismiss to July 16, 2026, *see* Dkt. 36;

WHEREAS, on July 6, 2026, the Court continued the Initial Case Management Conference and hearing on the Motion to Dismiss to August 6, 2026, *see* Dkt. 39;

WHEREAS, counsel for DoorDash has a preexisting conflict with the August 6, 2026 date, which cannot be rescheduled;

WHEREAS, counsel for Plaintiff has agreed to accommodate DoorDash's conflict by agreeing to a short continuance;

WHEREAS, the parties have stipulated to continue the Initial Case Management Conference and hearing on the Motion to Dismiss to August 20, 2026, at 2:00 p.m.;

WHEREAS, good cause exists to continue the Initial Case Management Conference and hearing on the Motion to Dismiss to August 20, 2026;

WHEREAS, there have been no other continuances of the Initial Case Management Conference or the hearing on the Motion to Dismiss aside from those described above;

NOW, THEREFORE, the parties stipulate and agree that the Initial Case Management Conference and the hearing on DoorDash's Motion to Dismiss should be continued to August 20,



GIBSON, DUNN & CRUTCHER LLP
ATTORNEYS AT LAW

2026, at 2:00 p.m.

**IT IS SO STIPULATED**.

Dated: July 14, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michael Holecek*
Michael Holecek

*Attorneys for Defendant DoorDash, Inc.*

Dated: July 14, 2026

LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By: */s/ Michelle Lamy*
Michelle Lamy

*Attorneys for Plaintiff Miles Richardson*

**ECF SIGNATURE ATTESTATION**

I, Michael Holecek, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: July 14, 2026

By: */s/ Michael Holecek*
Michael Holecek

*Attorneys for Defendant DoorDash, Inc.*

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
ELIZABETH MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
ALEXANDER N. HARRIS, SBN 278482
aharris@gibsondunn.com
ERICA L. JANSSON, SBN 341138
ejansson@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant DoorDash, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MILES RICHARDSON, in his individual and representative capacities,<br><br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | CASE NO. 4:25-cv-10817-AMO<br><br>**DECLARATION OF ELIZABETH MCCLOSKEY IN SUPPORT OF THE STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO DISMISS TO AUGUST 20, 2026**<br><br>Courtroom 10<br><br>Honorable Araceli Martínez-Olguín<br><br>Trial Date: None Set |

**DECLARATION OF ELIZABETH MCCLOSKEY**

I, Elizabeth McCloskey, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Northern District of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing DoorDash, Inc. in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. On July 6, 2026, the Court notified the parties that it continued the Initial Case Management Conference and hearing on DoorDash's Motion to Dismiss from July 16, 2026, to August 6, 2026. *See* Dkt. 39.

3. On July 8, 2026, I contacted Plaintiff's counsel to notify them of a pre-existing conflict on August 6, 2026, which could not be rescheduled, and asked if they would agree to continue the hearing to the following week or some other mutually agreeable date. On July 9, 2026, Plaintiff's counsel agreed to accommodate DoorDash's conflict and proposed August 20, 2026 as a hearing date.

4. The parties have not requested a continuance of either the Initial Case Management Conference or the hearing on DoorDash's Motion to Dismiss. And a short continuance will have minimal effect on the case schedule as discovery is partially stayed until thirty (30) days after the Court resolves the Motion to Dismiss, should it deny the Motion to Dismiss. *See* Dkt. 30.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this declaration on July 15, 2026, at San Francisco, California.

*/s/ Elizabeth McCloskey*
Elizabeth McCloskey

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
ELIZABETH MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
ALEXANDER N. HARRIS, SBN 278482
aharris@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant DoorDash, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

MILES RICHARDSON, in his individual and representative capacities,

Plaintiff,

v.

DOORDASH, INC.,

Defendant.

CASE NO. 4:25-CV-10817-AMO

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**

Honorable Araceli Martínez-Olguín

**[PROPOSED] ORDER**

The Court grants the parties' stipulation to continue the Initial Case Management Conference and hearing on the Motion to Dismiss. The Initial Case Management Conference and hearing on the Motion to Dismiss will now be held on August 20, 2026.

**IT IS SO ORDERED.**

Dated: July 15, 2026

By: ______________________
Honorable Araceli Martínez-Olguín
United States District Court Judge